

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2018

No. 04-17-00232-CV

Thomas Ritter **HELM**,
Appellant

v.

Lisa Lorraine **HAUSER**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-16709
Honorable Martha Tanner, Judge Presiding

## ORDER

Sitting:      Marialyn Barnard, Justice
              Patricia O. Alvarez, Justice
              Irene Rios, Justice

      The panel has considered Appellant's Motion for Extension of Time to File Motion for Rehearing, Appellant's Motion to Withdraw Kathleen Fox-Sanvictores as Counsel, and Pro Se Appellant's Motion for Rehearing. The Motion for Extension of Time to File Motion for Rehearing is DENIED AS MOOT in light of the timely filing of the Motion for Rehearing. The Motion to Withdraw Kathleen Fox-Sanvictores as Counsel is GRANTED. The Motion for Rehearing is DENIED.

_____
Patricia O. Alvarez, Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court